IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O'MEARA,<br><br>Defendant. | No. CR-10-00562 LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT**<br>**[18 U.S.C. § 3161(h)(8)(A)]** |

This matter is currently set for status on February 15, 2012. The parties now jointly request that the February 15, 2012 hearing date be reset to February 29, 2012 as defense counsel is not available on February 15, 2012 and needs additional time to review discovery and for investigation. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled February 15, 2012 hearing date is hereby vacated.

2. This matter is re-set for status on February 29, 2012 at 10:00 a.m.

3. The time between February 15, 2012 and February 29, 2012 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonable deny defense counsel

Stipulation and [~~Proposed~~] Order CR-10-00562 LHK

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED: 2/6/2012 /s/
Jeane DeKelver
Attorney for Tom O'Meara

DATED: 2/6/2012 /s/
Joseph Fazioli
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/6/12 /s/ Lucy H. Koh
Lucy H. Koh
United States District Judge

Stipulation and [~~Proposed~~] Order CR-10-00562 LHK