1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (ILBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5595
7      Facsimile: (408) 535-5066
       joseph.fazioli@usdoj.gov
8
   Attorneys for the United States

FILED
JUL 16 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 16 2012
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS JOSEPH O'MEARA,

    Defendant.

No. CR 10-00562 LHK

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING STATUS
CONFERENCE

This matter is currently set for status conference on July 18, 2012, with trial commencing in April 2013. The parties now jointly request that the July 18, 2012 hearing date be continued one week to facilitate a potential change of plea. The parties have engaged in extensive settlement discussions regarding a resolution of this case, including participating in three settlement conference sessions before United States District Judge Davila. At this stage in the settlement negotiations, both parties believe that the additional time that would result from continuing the July 18th hearing one week would facilitate a potential disposition of the case.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1.     The current July 18, 2012 hearing date is hereby vacated.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 10-00562 LHK

2. This matter is set for change of plea or further status on July 25, 2012, at 9:00 a.m.

3. Defendant's presence is required at the July 25, 2012 hearing.

SO STIPULATED:

DATED: 7/16/12

/s/
JEANE DEKELVER
Defense Counsel

DATED: 7/16/12

/s/
JOSEPH FAZIOLI
Assistant United States Attorney

IT IS SO ORDERED.

DATED: ~~~~~~~~~~~~~~

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

DENIED.
Please address Speedy Trial Act. Do parties request an exclusion of time or not? If so, please state the basis for excluding time. Plea negotiations is not a basis upon which the Court can exclude time. If the parties do not request an exclusion of time, please include the speedy trial calculations in the amended stipulation. Thank you.

Lucy H. Koh
U.S. District Judge

Dated: 7/16/12

STIPULATION AND [~~PROPOSED~~] ORDER
CR 10-00562 LHK