Jeane DeKelver
SBN 111394
4750 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Tom O'Meara

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00562 LHK |
| Plaintiff, ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER** |
| THOMAS O'MEARA, ) | **RESCHEDULING SENTENCING** |
| Defendant. ) | |

This matter is currently set for sentencing on November 14, 2012. Defense counsel is requesting a short continuance as she will be out of her office for most of October for personal reasons not related to a vacation. Accordingly, defense counsel will not have reasonable time for effective preparation and thus will be unable to effectively represent Mr. O'Meara for purposes of sentencing. The defense requests that the November 14, 2012 hearing date be reset to December 5, 2012. The government does not object to the proposed continuance of the sentencing to December 5, 2012 with the

Stipulation and [Proposed] Order CR-10-00562 LHK

understanding that this will be the only defense request for a continuance. The Federal Probation Officer has no objection to the request. Based on the stipulation, the Court finds and holds as follows:

1. The currently scheduled November 14, 2012 sentencing date is hereby vacated.

2. This matter is re-set for sentencing on December 5, 2012 at 9:00 a.m.

STIPULATED:

DATED: 9/11/12       /s/
                     Jeane DeKelver
                     Attorney for Tom O'Meara

DATED: 9/11/2012     /s/
                     Joseph Fazioli
                     Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/12/12       *Lucy H. Koh*
                     Lucy H. Koh
                     United States District Judge

Stipulation and [~~Proposed~~] Order CR-10-00562 LHK